# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| VICTORIA SANCHEZ, | CASE NO. 07cv0043 BTM(RBB) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| ZEBA CORP., | |
| Defendant. | |

The joint motion by the parties to dismiss this action with prejudice is **GRANTED**. This action is **DISMISSED WITH PREJUDICE**. The Clerk shall enter judgment accordingly.

**IT IS SO ORDERED.**

DATED: June 20, 2007

*Barry Ted Moskowitz*
Hon. Barry Ted Moskowitz
United States District Judge